WILLIAM REGINE, Appellant, *v.* UNITED STATES TRUCKING CORP., Respondent, et al., Defendants.

Argued January 23, 1946; decided March 7, 1946.

*Fred H. Rees* and *Alexander Orr, Jr.,* for appellant.
*John R. Lauer* and *Henry L. Connors* for defendant-respondent.

Judgments reversed and motion denied, with costs in all courts, upon the ground that the pleadings and affidavits present a question of fact whether at the time of the accident plaintiff was the employee of the defendant-respondent or continued in the general employment of The Oceanic Service Corporation. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ. MEDALIE, J., deceased.